JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOHN ANTHONY TERRONES,

           Petitioner,

     v.

UNITED STATES OF AMERICA,

          Respondent.

Case No.  8:22-CV-01947-JLS
Case No.  8:19-CR-00194-JLS

**JUDGMENT**

     IT IS ADJUDGED that the petition in this matter is dismissed, and the action is dismissed with prejudice.

     The Clerk shall close the case.

     Dated:  April 19, 2023

The Hon. Josephine L. Staton
United States District Judge